App. Div.]            Second Department, February, 1916.

H. Blair Finley v. Atlantic Transport Company.— Motion granted; questions certified. Present — Clarke, P. J., Dowling, Smith, Page and Davis, JJ.

Edward J. Kuechle v. J. Parker Sloane and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Davis, JJ.

Louis Eisen and Others v. Charles A. Baudouine and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Davis, JJ.

Francis S. Williamson v. The City of New York.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Davis, JJ.

Ruth de Rochemont v. Boston and Maine Railroad Company.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Davis, JJ.

Giuseppi Sandias v. Minna W. Mustacci, as Administratrix.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Davis, JJ.

In the Matter of Louis Mathot, an Attorney.—Referred to official referee. Order to be settled on notice. Present — Clarke, P. J., Dowling, Smith, Page and Davis, JJ.

In the Matter of Max Brown, an Attorney.— Motions granted. Memorandum per curiam. Orders to be settled on notice. Present — Clarke, P. J., McLaughlin, Laughlin, Scott and Page, JJ.

In the Matter of Richard Krause, an Attorney.— Motion granted. Order to be settled on notice. Present — Clarke, P. J., McLaughlin, Laughlin, Scott and Page, JJ.